# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06 CV 377

| | |
|---|---|
| FAMILY DOLLAR STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | AMENDED ORDER FOR EXTENSION OF |
| vs. ) | TIME TO RESPOND TO PLAINTIFF'S |
| ) | COMPLAINT |
| ) | |
| CHRISTIAN CASEY, LLC, SEAN JOHN ) | |
| CLOTHING, INC., OOC APPAREL, INC. ) | |
| and A E SQUARE ONE, INC., ) | |
| ) | |
| Defendants. ) | |

This Amended Order is to replace the Order granting of Defendants, CHRISTIAN CASEY, LLC and SEAN JOHN CLOTHING, INC.'s, Motion for an Extension of Time to Respond to Plaintiff's Complaint, which was entered on February 9, 2007.

**FOR GOOD CAUSE SHOWN** the time of Defendants, CHRISTIAN CASEY, LLC and SEAN JOHN CLOTHING, INC., to respond to Plaintiff's Complaint is hereby extended for a period of Thirty (30) days, or through the **14th day of March, 2007** for the reason that the attorney for the moving Defendants needs additional time to gather facts for the purpose of filing a responsive pleading, and the Court, in its discretion, is of the opinion that such request should be allowed.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the time within which to file responsive pleadings to Plaintiff's Complaint on behalf of the moving Defendants is hereby extended for a period of Thirty (30) days, or through the 14th day of March, 2007.

So ordered.

Signed: February 15, 2007

Graham C. Mullen
United States District Judge