IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:06 CV 377

| | | |
|---|---|---|
| FAMILY DOLLAR STORES, INC., *et al*, | ) ) | **ORDER GRANTING** **MOTION FOR ADMISSION** |
| Plaintiffs, | ) | **PRO HAC VICE** |
| v. | ) ) | |
| CHRISTIAN CASEY LLC d/b/a SEAN JOHN, *et al*, | ) ) | |
| Defendants. | ) ) | |
| AND RELATED CROSS-ACTIONS | ) | |

**THIS MATTER** is before the Court upon the motion of counsel for Christian Casey LLC to allow **Brent H. Blakely** to appear *Pro Hac Vice* [doc. #41], filed July 16, 2007.

Upon careful review and consideration, this Court will grant the Defendant's Application.

In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Blakely is ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

Signed: July 19, 2007

Graham C. Mullen
United States District Judge