# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Family Dollar Stores, Inc., et al.,

      Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:06cv377

Christian Casey LLC, et al.,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/8/08 Order.

                                      Signed: April 8, 2008

                                      Frank G. Johns, Clerk
                                      United States District Court